# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ANGELITA BAILEY, on her own behalf and on behalf of all others similarly situated,<br>      Plaintiff-Appellee,<br><br>v.<br><br>MERCURY FINANCIAL, LLC,<br>      Defendant-Appellant | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 23-2133<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION TO WITHDRAW
## AS COUNSEL FOR APPELLANT

Under Fourth Circuit Rule 46(c), Katherine E. Lehnen respectfully moves to withdraw her appearance as counsel for Appellant Mercury Financial, LLC ("Mercury"). On or about April 30, 2024, Ms. Lehnen will separate from McGuireWoods LLP and will no longer represent Mercury. Mercury will continue to be represented by Matthew A. Fitzgerald and Bryan A. Fratkin of McGuireWoods LLP, who have noticed their appearance and filed Mercury's opening brief. Counsel for Appellee and Mercury have been informed of this withdrawal and do not oppose this motion. This withdrawal will cause no prejudice to the parties, nor will it result in any costs or delays in this Court's resolution of this matter.

Accordingly, Mercury respectfully requests that this Court grant this motion permitting Ms. Lehnen to withdraw as counsel of record.

1

Dated: April 29, 2024                    Respectfully submitted,

*/s/ Katherine E. Lehnen*
Katherine E. Lehnen
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-7887
F: (804) 775-1061
klehnen@mcguirewoods.com

2

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 129 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Katherine E. Lehnen*
Katherine E. Lehnen

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, the foregoing was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Katherine E. Lehnen*
Katherine E. Lehnen

4